IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| HELENA HUNTERS AND ANGLERS ASSOCIATION, *et al.*,<br><br>Plaintiffs,<br><br>and<br><br>ALLIANCE FOR THE WILD ROCKIES, *et al.*,<br><br>Consolidated Plaintiffs,<br><br>vs.<br><br>LEANNE MARTEN, *et al.*,<br><br>Defendants/Consolidated Defendants. | Lead Case No.<br>CV 19–47–M–DLC<br><br>Member Case No.<br>CV 19–106–M–DWM<br><br>ORDER |

Before the Court is the Defendants' Unopposed Motion to Consolidate Cases. (Doc. 16.) Because the above-captioned actions include common issues of fact and law, consolidation is appropriate pursuant to Rule 42(a)(2) of the Federal Rules of Civil Procedure.

Accordingly, IT IS ORDERED that the Motion (Doc. 16) is GRANTED. The above-captioned cases are consolidated for all further proceedings under the case number CV 19–47–M–DLC and captioned as shown above. The Clerk of

Court shall file this Order in the docket for each case. A scheduling order shall issue by separate order at a later date.

DATED this 11th day of July, 2019.

Dana L. Christensen, Chief District Judge
United States District Court