IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED

SEP 09 2019

Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| HELENA HUNTERS AND ANGLERS ASSOCIATION, and MONTANA WILDLIFE FEDERATION,<br><br>Plaintiffs, and<br><br>ALLIANCE FOR THE WILD ROCKIES, and NATIVE ECOSYSTEM COUNCIL<br><br>Consolidated Plaintiffs,<br><br>vs.<br><br>LEANNE MARTEN, in her official capacity; UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>Federal Defendants, and<br><br>STATE OF MONTANA, and MONTANA BICYCLE GUILD<br><br>Defendant-Intervenors | CV 19–47–M–DLC<br><br>(Consolidated with Case No. CV 19–106–M–DLC)<br><br>ORDER |

On August 22, 2019 this Court granted the State of Montana's Motion to Intervene. (Doc. 32.) On August 27, 2019 this Court granted Montana Bicycle Guild Inc.'s Motion to Intervene (Doc. 37) and the City of Helena's Motion to File Amicus Curiae Brief (Doc. 38). While the Court ordered these parties to comply

-1-

with its August 2nd scheduling order (Doc. 20), the Court did not impose a word limit on those briefs and will do so now. Accordingly,

IT IS ORDERED that Intervenors may each file a brief in support of their cross-motion for summary judgment and response no longer than 6,500 words. Intervenors may each file a reply brief no longer than 3,250 words.

IT IS FURTHER ORDERED that the City of Helena's amicus curiae brief shall be limited to 4,500 words.

DATED this 9th day of September, 2019.

Dana L. Christensen, Chief Judge
United States District Court