IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| HELENA HUNTERS AND ANGLERS ASSOCIATION, and MONTANA WILDLIFE FEDERATION,<br><br>Plaintiffs, and<br><br>ALLIANCE FOR THE WILD ROCKIES, and NATIVE ECOSYSTEM COUNCIL<br><br>Consolidated Plaintiffs,<br><br>vs.<br><br>LEANNE MARTEN, in her official capacity; UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>Federal Defendants, and<br><br>STATE OF MONTANA, and MONTANA BICYCLE GUILD<br><br>Defendant-Intervenors | CV 19–47–M–DLC<br><br>(Consolidated with Case No. CV 19–106–M–DLC)<br><br>ORDER |

Before the Court is Jefferson County's Unopposed Motion for Leave to Join in Amicus Lewis & Clark County's Brief in Support of the United States Forest Service. (Doc. 90.) Jefferson County has an interest in the case because a portion of the Ten Mile Project will occur in Jefferson County. (Doc. 90 at 2.) Jefferson

-1-

County expresses its full support for the arguments advanced in Lewis & Clark County's brief. (*Id.*) The Court agrees that Jefferson County has an interest in this matter and welcomes it to join in support of Lewis & Clark County's brief.

IT IS ORDERED that the Motion (Doc. 90) is GRANTED. Jefferson County may join Lewis & Clark County as an amicus in this case.

DATED this 31st day of January, 2020.

/s/ Dana L. Christensen
Dana L. Christensen, Chief Judge
United States District Court