

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| HELENA HUNTERS AND ANGLERS ASSOCIATION, and MONTANA WILDLIFE FEDERATION,<br><br>Plaintiffs, and<br><br>ALLIANCE FOR THE WILD ROCKIES, and NATIVE ECOSYSTEM COUNCIL<br><br>Consolidated Plaintiffs,<br><br>vs.<br><br>LEANNE MARTEN, in her official capacity; UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>Federal Defendants, and<br><br>STATE OF MONTANA, and MONTANA BICYCLE GUILD<br><br>Defendant-Intervenors | CV 19–47–M–DLC<br><br>(Consolidated with Case No. CV 19–106–M–DLC)<br><br>ORDER |

Before the Court is Federal Defendants' unopposed Motion for Leave to Appeal Telephonically. (Doc. 98.) Counsel for Federal Defendants requests permission to appear by teleconference pursuant to Local Rule 7.1(e) in light of

travel restrictions being implemented within the executive branch. (*Id.* at 2.) This motion is GRANTED.

IT IS ORDERED that Federal Defendants may appear at the hearing on March 18, 2020 telephonically.

IT IS FURTHER ORDERED that Federal Defendants may provide the Court and parties with PDF copies of the demonstrative exhibits that they intend to refer to at oral argument. The Court will notify the parties, by separate email, with instructions for calling in.

DATED this 16th day of March, 2020.

Dana L. Christensen, Chief Judge
United States District Court