IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED

MAY 13 2020

Clerk, U.S. District Court
District Of Montana
Missoula

|  |  |
|---|---|
| HELENA HUNTERS AND ANGLERS ASSOCIATION, and MONTANA WILDLIFE FEDERATION,<br><br>Plaintiffs, and<br><br>ALLIANCE FOR THE WILD ROCKIES, and NATIVE ECOSYSTEM COUNCIL<br><br>Consolidated Plaintiffs,<br><br>vs.<br><br>LEANNE MARTEN, in her official capacity; UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>Federal Defendants, and<br><br>STATE OF MONTANA, and MONTANA BICYCLE GUILD<br><br>Defendant-Intervenors. | CV 19–47–M–DLC<br><br>(Consolidated with Case No. CV 19–106–M–DLC)<br><br>ORDER |

Helena Hunters has filed a Notice (Doc. 106) in response to the Court's April 24, 2020 order to develop the record (Doc. 105). Helena Hunters informs the Court that the parties intend to file separate declarations on or before May 29, 2020, in order to develop the factual record as it pertains to the historic routes in

-1-

the Lazyman Gulch IRA. Additionally, Helena Hunters requests that: (1) the Court consider a short site-visit to the project area; (2) the parties be given the opportunity to each file a short five-page response addressing the factual allegations included in the declarations; and (3) if necessary, be given the opportunity to file a motion for leave to conduct limited discovery. (Doc. 106 at 2.)

The Court will grant Helena Hunters' second request. Helena Hunters and Federal Defendants are each allowed to file a short brief that addresses the factual allegations raised in the parties' declarations on or before June 5, 2020. The Court will reserve ruling on Helena Hunters' first and third requests until it has the opportunity to review the parties' declarations and short briefs. If these documents do not contain the necessary information, the Court will determine the next appropriate steps without regard to Federal Defendants' concern that these additional requests jeopardize limited agency resources.

IT IS ORDERED that the parties shall adhere to the following deadlines:

Helena Hunters and Federal Defendants shall each file a declaration in response to the Court's order to develop the factual record on or before May 29, 2020.

The parties may file an optional brief (of approximately five pages) addressing the declarations on or before June 5, 2020.

The Court reserves ruling on Helena Hunters' remaining requests.

DATED this 13th day of May, 2020.

*/s/ Dana L. Christensen*
Dana L. Christensen, District Judge
United States District Court