UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| HELENA HUNTERS AND ANGLERS ASSOCIATION, et al. | Case No. CV-19-47-M-DLC (Consolidated with Case. No. CV 19-106-M-DLC) |
| Plaintiffs, and | JUDGMENT IN A CIVIL CASE |
| ALLIANCE FOR THE WILD ROCKIES, et al., | |
| Consolidated Plaintiffs, | |
| vs. | |
| LEANN MARTEN, in her official Capacity, et al., | |
| Federal Defendants, and | |
| STATE OF MONTANA, et al., | |
| Defendant-Intervenors. | |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that this case is dismissed in accordance with the Order issued on today's date.

Dated this 1st day of July, 2020.



                    TYLER P. GILMAN, CLERK

                    By: /s/ A.S. Goodwin
                    A.S. Goodwin, Deputy Clerk