Kristine M. Akland
AKLAND LAW FIRM, PLLC
PO Box 7274
Missoula, MT 59807
(406) 544-9863
aklandlawfirm@gmail.com

Rebecca K. Smith
PUBLIC INTEREST DEFENSE CENTER, PC
P.O. Box 7584
Missoula, MT 59807
(406) 531-8133
publicdefense@gmail.com

Timothy M. Bechtold
BECHTOLD LAW FIRM, PLLC
P.O. Box 7051
Missoula, MT 59807
(406) 721-1435
tim@bechtoldlaw.net

Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION**

| | |
|---|---|
| HELENA HUNTERS AND ANGLERS ASSOCIATION, *et al.*,    Plaintiffs, <br> and <br> ALLIANCE FOR THE WILD ROCKIES*, et al.*,    Consolidated Plaintiffs, <br> vs. <br> LEANNE MARTEN, *et al.*,    Defendants/Consolidated Defendants | Lead Case No. <br> CV-19-47-M-DLC <br><br> Member Case No. <br> CV-19-106-M-DWM <br><br> ALLIANCE FOR THE WILD ROCKIES AND NATIVE ECOSYSTEMS COUNCIL'S MOTION FOR ATTORNEYS FEES AND OTHER EXPENSES |

1

Plaintiffs Alliance for the Wild Rockies and Native Ecosystems Council file this motion for attorneys fees and other expenses pursuant to the Federal Rules of Civil Procedure Rule 54(d), the Endangered Species Act (ESA), and the Equal Access to Justice Act (EAJA) fee provision. 16 U.S.C. § 1540(g)(4); 28 U.S.C. § 2412. Plaintiffs motion should be granted because they are the "prevailing party," the Defendants' position was not substantially justified, and no special circumstances exists to make an award unjust. 16 U.S.C. § 1540(g)(4); 28 U.S.C. § 2412(d)(1)(A). Additionally, Plaintiffs' requested rates and hours are reasonable.

Plaintiffs respectfully requests this Court award $91,593.00 in attorney fees, and $453.80 in costs. Plaintiffs submit a brief in support of this motion.

Defendants and Defendant Intervenors have been contacted regarding this motion. Defendants have not yet expressed a position. Defendant Intervenors take no position.

Respectfully submitted this 14th day of July, 2020.

>/s/ Kristine M. Akland
Kristine M. Akland
AKLAND LAW FIRM, PLLC

Rebecca K. Smith
PUBLIC INTEREST DEFENSE CENTER, P.C.

Timothy M. Bechtold

BECHTOLD LAW FIRM, PLLC

Attorneys for Plaintiffs Alliance for the Wild Rockies *et al*.