IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| HELENA HUNTERS AND ANGLERS ASSOCIATION, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　and<br><br>ALLIANCE FOR THE WILD ROCKIES, *et al.*,<br><br>　　　　Consolidated Plaintiffs,<br><br>　　vs.<br><br>LEANNE MARTEN, *et al.*,<br><br>　　　　Defendants/Consolidated Defendants. | Lead Case No.<br>CV 19–47–M–DLC<br><br>Member Case No.<br>CV 19–106–M–DLC<br><br><br>ORDER |

　　　　Before the Court is Plaintiffs Helena Hunters et al. and Federal Defendants' Joint Motion to Stay Briefing on Motion for Attorneys' Fees and Costs. (Doc. 129.) The parties request the Court stay briefing for 60 days to allow them to engage in settlement negotiations. (*Id.* at 2.)

　　　　IT IS ORDERED that the Motion (Doc. 129) is GRANTED. On or before the 60-day period runs, the parties shall request a reasonable extension or file a status update with any relevant filings as outlined in their motion.

-1-

DATED this 19th day of January, 2021.

_____
Dana L. Christensen, District Judge
United States District Court