IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| HELENA HUNTERS AND ANGLERS ASSOCIATION, and MONTANA WILDLIFE FEDERATION,<br><br>        Plaintiffs, and<br><br>ALLIANCE FOR THE WILD ROCKIES, and NATIVE ECOSYSTEM COUNCIL<br><br>        Consolidated Plaintiffs,<br><br>  vs.<br><br>LEANNE MARTEN, in her official capacity; UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>        Defendants. | CV 19–47–M–DLC<br><br>(Consolidated with Case No. CV 19–106–M–DLC)<br><br>ORDER |

      Before the Court is Federal Defendants and Helena Hunters and Anglers' Joint Motion to Extend Stay Until March 31, 2021. (Doc. 135.) The parties request a brief extension of the stay imposed in this case so that Federal Defendants may obtain departmental approval of the parties' proposed settlement that would resolve Helena Hunters' fee motion. (*Id.* at 2.)

-1-

IT IS ORDERED that the Motion (Doc. 135) is GRANTED. The stay in this case shall expire on March 31, 2021.

DATED this 22nd day of March, 2021.

_____
Dana L. Christensen, District Judge
United States District Court