IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| HELENA HUNTERS AND ANGLERS ASSOCIATION, *et al.*, <br><br> Plaintiffs, <br><br> and <br><br> ALLIANCE FOR THE WILD ROCKIES, *et al.*, <br><br> Consolidated Plaintiffs, <br><br> vs. <br><br> LEANNE MARTEN, *et al.*, <br><br> Defendants/Consolidated Defendants. | Lead Case No. <br> CV 19–47–M–DLC <br><br><br> Member Case No. <br> CV 19–106–M–DLC <br><br><br> ORDER |

Before the Court are two stipulated agreements (Docs. 139, 140), corresponding to the two pending motions for attorneys' fees and costs (Docs. 127, 131).

IT IS ORDERED that the Stipulated Agreement Regarding Motion for Attorney Fees and Costs (Doc. 139) between Federal Defendants and Plaintiffs Alliance for the Wild Rockies is APPROVED and incorporated herein. Alliance's fee motion (Doc. 131) is DENIED as moot.

–1–

IT IS FURTHER ORDERED that Stipulated Agreement Regarding Motion for Attorneys Fees and Costs (Doc. 140) between Federal Defendants and Plaintiffs Helena Hunters is APPROVED and incorporated herein.  Helena Hunters' fee motion (Doc. 127) is DENIED as moot.

DATED this 29th day of March, 2021.

_____
Dana L. Christensen, District Judge
United States District Court